UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHAHZAD A BAIG | ) | CASE NO.  08-08364-JKC-13 |
| FOZIA BAIG | ) | |
| | ) | |
| DEBTOR(S) | ) | |

**TRUSTEE'S NOTICE  OF UNCLAIMED DIVIDENDS**

Pursuant to Fed.R.Bankr.P. 3011, Robert A. Brothers, trustee herein, submits the following notice of unclaimed dividends to the Court.

| **Payee(s)** | **Last Known Address** | **Amount** |
|---|---|---|
| US BANK | 2525 E CAMELBACK RD<br>PHOENIX, AZ  85016 | $150.00 |

| | |
|---|---|
| **TOTAL AMOUNT** | **$150.00** |

\_\_\_\_ /s/ Robert A. Brothers_____
Robert A. Brothers, Trustee

**(NOTE:  All checks should be mailed to the Indianapolis Clerk's Office, P.O. Box 44978, Indianapolis. IN  46244, not to the divisional offices.  Attach a copy of this notice to the check.  Only remit one check per notice regardless of whether 1 or 250 Claimants are listed on this notice.)**